No. 65, Misc. FLORIDA EX REL. COPELAND *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Cer-

852

tiorari denied.   Petitioner *pro se.   Releford McGriff* and *Joseph C. Waddy* for petitioner.